**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Luis Anselmo PRADO, aka Louis Anselmo Prado, aka Louis Anselmno Prado, aka Luis A. Prado, Respondent—Appellant.**

**No. 03–50593.**

United States Court of Appeals, Ninth Circuit.

Submitted June 6, 2005.*

Decided June 22, 2005.

** The Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: REINHARDT, KOZINSKI and THOMAS, Circuit Judges.

MEMORANDUM **

1. Prado pleaded guilty to being an alien in the United States following deportation without having obtained permission from the Attorney General to reapply for admission, thus satisfying the elements of 8 U.S.C. § 1326, for which Prado was indicted. A prior aggravated felony conviction is not an element of 8 U.S.C. § 1326; rather, it is a sentencing factor under 8 U.S.C. § 1326(b)(2). *See United States v. Maria–Gonzalez,* 268 F.3d 664, 670 (9th Cir.2001) ("8 U.S.C. § 1326(b)(2) 'simply authorizes a court to increase the sentence for a recidivist . . . [and] does not define a separate crime.'" (alterations in original) (quoting *Almendarez–Torres v. United States,* 523 U.S. 224, 226, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998))). Prado's argument that *Almendarez–Torres* has been implicitly overruled by subsequent Supreme Court cases must await explicit confirmation by the Supreme Court. *See Agostini v. Felton,* 521 U.S. 203, 237, 117 S.Ct. 1997, 138 L.Ed.2d 391 (1997). Since Prado admitted guilt to each element of 8 U.S.C. § 1326, the district court's failure to dismiss Prado's indictment was not error, much less plain error.

2. Consistent with *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc), we "remand to the district court . . . for the [limited] purpose of ascertaining whether the sentence imposed would have been materially different had the district court known that the sentencing guidelines were advisory." *Id.* at 1074.

**AFFIRMED IN PART; REMANDED IN PART.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

